IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                               Cr. No. 04-20258-D

ANTONIO GRAYER,

    Defendant.

## ORDER GRANTING JOINT MOTION
## TO CONTINUE SENTENCING HEARING

For good cause shown, the Court hereby **GRANTS** defendant's and the United States' joint motion to continue the Sentencing Hearing currently set to be heard September 20, 2005 at 1:30 pm. The Sentencing Hearing is hereby **RESET for:**

_Wednesday, October 19, 2005 at 1:00 PM_.

**IT IS SO ORDERED**, this the _15_ day of September, 2005.

JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT

1

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CR-20258 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT